**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* ______________________ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Gama Automotive Center, LLC dba Gama Automotive Center** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0167960** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**6638 E. 32nd Street**<br>**Yuma, AZ 85365**<br>Number, Street, City, State & ZIP Code<br><br>**Yuma**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 5798**<br>**Yuma, AZ 85366**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 27, 2017**
MM / DD / YYYY

*X* **/s/ George Gama**
Signature of authorized representative of debtor

**George Gama**
Printed name

Title **Manager / Member**

**18. Signature of attorney**

*X* **/s/ Thomas H. Allen tallen@allenbarneslaw.com**
Signature of attorney for debtor

Date **July 27, 2017**
MM / DD / YYYY

**Thomas H. Allen tallen@allenbarneslaw.com**
Printed name

**Allen Barnes & Jones, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone **602-256-6000** Email address

**11160**
Bar number and State

ADAM M. TILLOU
4112 S. AVENUE 37E
ROLL AZ 85347

ADS
2235 W. 1ST STREET
TEMPE AZ 85281

AEA FEDERAL CREDIT UNION
1780 S. 1ST AVE.
YUMA AZ 85364

ALBERTO CASTRO
1411 CATTALINA DRIVE
DATELAND AZ 85333

AMERICAN CONTRACTORS INDEMNITY COMPANY
601 S. FIGUEROA STREET
LOS ANGELES CA 90017

AMERICAN EXPRESS
P.O. BOX 297879
FORT LAUDERDALE FL 33329-7879

AMERICREDIT
P.O. BOX 182673
ARLINGTON TX 76096

AP INTEGO - WORKMENS COMPENSATION
375 WOODCLIFF DRIVE, SUITE 103
FAIRPORT NY 14450

APS
P.O. BOX 2906
PHOENIX AZ 85062-2906

ARIZONA DEPARTMENT OF REVENUE
C/O AZ ATTY GEN TAX, BANKR & COLL SECT
1275 W. WASHINGTON AVE
PHOENIX AZ 85007

AUTOMOTIVE FINANCE CORPORATION
400 N. BECK AVENUE
CHANDLER AZ 85226

BATTERY SYSTEMS
12322 MONARCH STREET
GARDEN GROVE CA 92841-2909

BYRON HERBERT
13571 E. 52ND STREET
YUMA AZ 85367

CALIFORNIA REP BANK AUTO/MECHANIC BANK
2500 PASEO VERDE PARKWAY, SUITE 100
HENDERSON NV 89074

CALIFORNIA REPUBLIC BANK
P.O. BOX 278852
SACRAMENTO CA 95827

CARFAX
16630 COLLECTION CENTER DRIVE
CHICAGO IL 60693

CARS FOR SALE.COM
P.O. BOX 91537
SIOUX FALLS SD 57109

CENTURY LINK
PO BOX 91155
SEATTLE WA 98111-9255

CHRISTOPHER M. TRAPP
MICHAEL G. GIBSON
1320 CITY CENTER DRIVE, SUITE 100
CARMEL IN 46032

CHRISTOPHER REED AND SILVIA KEMPTON
11411 KINGMAN AVENUE
YUMA AZ 85364

CITY OF YUMA
ONE CITY PLAZA
P.O. BOX 13012
YUMA AZ 85366-3012

DEL OUTDOOR
1702 S. ARIZONA AVENUE
YUMA AZ 85364

DONALD LITTLE
527 S. ELM STREET
TOWNSEND MT 59644

ERIKA A. GUTIERREZ
560 W. 9TH STREET
YUMA AZ 85364

EXPERIAN
P.O. BOX 881971
LOS ANGELES CA 90088-1971

FIRST DATA MERCHANT
4000 CORAL RIDGE DRIVE
MAIL STOP C-230
COARL SPRINGS FL 33065

FRANK AND CARROLL PITTS
9577 E. 36TH STREET
YUMA AZ 85365

G.T. ALARM COMPANY
2868 S. AVENUE B
YUMA AZ 85364

GAP
1785 HANCOCK STREET, SUITE 100
SAN DIEGO CA 92110

GARAGE WORKS/BILL MANARY
1425 S. 3RD AVENUE
YUMA AZ 85364

GARCIA HENGL, KINSEY & VILLAREAL
241 S. MAIN STREET
YUMA AZ 85364

GATEWAY ONE LENDING
P.O. BOX 1013
ATWOOD CA 92811

GATEWAY ONE LENDING & FINANCE
ATTN: JULIO MADRIGAL
160 N. RIVERVIEW DRIVE, SUITE 100
ANAHEIM CA 92808

GEORGE & ROSEANN GAMA
1130 S. ANGUS WAY
YUMA AZ 85364

GEORGE & ROSEANN GAMA
P.O. BOX 5798
YUMA AZ 85366

GEORGE GAMA
P.O. BOX 5798
YUMA AZ 85366

GREAT AMERICAN FINANCIAL SERVICES
P.O. BOX 660831
DALLAS TX 75266-0831

HARRY GUYTON
10445 S. GWEN DE FORTUNA CIRCLE
YUMA AZ 85367

HONOR FINANCE, LLC
C/O MICHAEL ZDANCEWICZ
7551 SOUTH WILLOW DRIVE, SUITE 102
TEMPE AZ 85283

HONOR FINANCE, LLC
1209 ORANGE STREET
WILMINGTON DE 19801

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

ISABELLE E. VEGA
FRANCISCO CAMARGO MARTINEZ
3249 WEST TORENGA LANE
SOMERTON AZ 85350

ISABELLE E. VEGA
FRANCISCO CAMARGO MARTINEZ
607 STOCKWELL STREET
ABERDEEN WA 98520

JESUS AND JUANA HERNANDEZ
P.O. BOX 1262
WELLTON AZ 85356

JESUS RAMIREZ AGUILERA
6241 E. 41ST STREET
YUMA AZ 85364

JIMMY JOSEPH HOLCOMBE
4469 W. 14TH STREET
YUMA AZ 85364

JOEL CASAS
1021 BIEN ESTAR LANE
P.O. BOX 938
SAN LUIS AZ 85349

JOHN AND AMBER KALUZNY
15840 S. 33RD STREET
PHOENIX AZ 85048

JOHN AND L. GAIL OLECHNICKI
C/O WILLIAM S. DIECKHOFF, ESQ.
7875 E. 24TH STREET, #8
YUMA AZ 85365

JOSEPH ROBERTO BAYLON ENCINAS
BERTHA ZAZUETA DE MENDEZ
2330 S. AVENUE A #H7
YUMA AZ 85364

JP MORGAN CHASE BANK
NATIONAL RECOVERY GRP MAIL CODE AZ1-1196
201 N. CENTRAL AVENUE, FLOOR 12
PHOENIX AZ 85004

JUANITA BOSS
11852 E. 28TH PLACE
YUMA AZ 85367

KAIZEN
2766 SOUTH AVENUE 3E
YUMA AZ 85365

LAMAR
P.O. BOX 96030
BATON ROUGE LA 70896

LEAH M. VALENZUELA
1333 E. LA MESA STREET
YUMA AZ 85365

LEONARD MARQUEZ
732 S. 14TH AVENUE
YUMA AZ 85364

METRO AUTO AUCTION
2475 SOUTH 59TH AVENUE
PHOENIX AZ 85043

NANCY HERNANDEZ
4833 E. COUNTY 13TH STREET
YUMA AZ 85364

NATIONAL AUTO CARE CORPORATION
440 POLARIS PKWY, SUITE 250
WESTERVILLE OH 43082

NATIONAL BANK OF ARIZONA
6001 NORTH 24TH STREET, BUILDING C
PHOENIX AZ 85016

NATIONAL BANK OF ARIZONA
P.O. BOX 1507
SALT LAKE CITY UT 84110

NAVY FEDERAL CREDIT UNION
P.O. BOX 3100
MERRIFIELD VA 22119-3100

NBA BUSINESS
P.O. BOX 30833
SALT LAKE CITY UT 84130

NEXTGEAR CAPITAL CAPITAL, INC.
1320 CITY CENTER DRIVE
SUITE 100
CARMEL IN 46032

O'REILLY AUTO PARTS
P.O. BOX 9464
SPRINGFIELD MO 65801

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
400 WEST CONGRESS STREET, SUITE 315
TUCSON AZ 85701-1367

OLBERTO PRIETO HERNANDEZ
P.O. BOX 12435
3871 SAN FRANCISCO STREET
SAN LUIS AZ 85349

OLGA L. CONTRERAS
CRISTIAN ANTONIO CONTRERAS CORTEZ
1407 WASHINGTON LANE P.O. BOX 7715
SAN LUIS AZ 85349

OMAR MOLINA-FLORES & YANIRA G. MOLINA
C/O JEREMY J. CLARIDGE, ESQ.
1405 W. 16TH STREET, SUITE A
YUMA AZ 85364

OWNERGUARD CORPORATION
PROGRAM ADMINISTRATOR
1785 HANCOCK STREET, SUITE 100
SAN DIEGO CA 92110-2051

PROFIT MONSTER
220 KING STREET
SUITE 5
COCOA FL 32922

RAFAEL VILLA JR.
4321 W. DAISY STREET
YUMA AZ 85364

REBECCA BEDOYA
4764 W. 18TH LANE
YUMA AZ 85364

REPUBLIC SERVICES
P.O. BOX 4459
2217 E. 13TH STREET
YUMA AZ 85365

ROBERT AND JUNE SEIKEL
3400 S. AVENUE 7E LOT 6
YUMA AZ 85365

ROSA M. ALVAREZ AND SARAH LEE ALVAREZ
12826 E. 46TH STREET
YUMA AZ 85364

SEAN MICHAEL AND MELISSA ANN SMITH
1758 W. 28TH STREET
YUMA AZ 85364

SECURA INSURANCE COMPANIES
P.O. BOX 776231
CHICAGO IL 60677-6231

STATE FARM BANK
P.O. BOX 5961
MADISON WI 53705-0961

SYNCHRONY BANK / SAM'S CLUB
ATTN: BANKRUPTCY DEPT
P.O. BOX 965060
ORLANDO FL 32896-5060

TAMARA WEISFELD, JEREMY M. DUNN,
BRIAN S KENWORTHY, AUTOMOTIVE FINANCE CO
13085 HAMILTON CROSSING BLVD., SUITE 300
CARMEL IN 46032

TANYA SUAREZ
1112 E. HACIENDA DRIVE
YUMA AZ 85364

TAP THAT WATER COMPANY
P.O. BOX 7024
YUMA AZ 85366

TD AUTO FINANCE
P.O. BOX 9223
FARMINGTON MI 48333-9223

TELECHECK
P.O. BOX 60028
CITY OF INDUSTRY CA 91716-0028

THOMAS & DARCY PETERSON
11488 E. 37TH STREET
YUMA AZ 85367

TOKIO MARINE HCC-SURETY GROUP
13403 NORTHWEST FREEWAY
HOUSTON TX 77040-6094

VINCENT AND JOAN ANTONOWITSCH
C/O ALICIA AGUIRRE, ESQ.
291 S. MAIN STREET, SUITE D
YUMA AZ 85364

VINTEK
P.O. BOX 824696
PHILADELPHIA PA 19182-4693

WESTAIR GASES & EQUIPMENT
2450 E. 16TH STREET
YUMA AZ 85365

WHITE SHEET
P.O. BOX 3370
EL CENTRO CA 92244-3370

YUMA OFFICE EQUIPMENT
340 S. MAIN STREET
YUMA AZ 85364

YUMA SUN
P.O. BOX 271
YUMA AZ 85366-0271

# United States Bankruptcy Court
## District of Arizona

In re **Gama Automotive Center, LLC dba Gama Automotive Center** Debtor(s)

Case No.
Chapter **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gama Automotive Center, LLC dba Gama Automotive Center** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 27, 2017**
Date

**/s/ Thomas H. Allen tallen@allenbarneslaw.com**
**Thomas H. Allen tallen@allenbarneslaw.com 11160**
Signature of Attorney or Litigant
Counsel for **Gama Automotive Center, LLC dba Gama Automotive Center**

**Allen Barnes & Jones, PLC**
**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
**602-256-6000 Fax:602-252-4712**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy